602

390 A.2d 289

Commonwealth v. Barnes, Appellant.

Argued March 20, 1978. Tamara Steerman Gordon, for appellant; N. Wasser, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed and case remanded to court below for consideration of appellant's motion for new trial.